#781523    # 129493

FILED
2011 MAY 12 PM 3:34
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                          *           CASE # 06-31346 W
                                            CHAPTER 13
                                *
Flanagan, Carolyn L
Debtor                          *

TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Trustee received several returned disbursements from the United States Postal Service marked "unable to deliver – no forwarding on file".

2. The name(s) of the person(s) to whom such non-negotiated checks were issued, the amounts of such check(s) and the check number(s) are:

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 771007 | Toledo Join Rel & Ortho<br>10211 Auburn Park Dr<br>Fort Wayne, IN  46825 | 39.30 | 3/31/11 |

2. Your trustee's check #781523 for a total of $39.30 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 05/04/11

_____
John P. Gustafson
Trustee in Bankruptcy